IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRIGHTPLUS VENTURES LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD. (F/K/A TCL MULTIMEDIA TECHNOLOGY HOLDINGS, LTD.); TCL INDUSTRIES HOLDINGS CO., LTD.; TCL INDUSTRIES HOLDINGS (H.K.) LIMITED; TTE CORPORATION; TCL MOKA INTERNATIONAL LIMITED; TCL MOKA MANUFACTURING S.A. DE C.V.; TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO. LTD.; MANUFACTURAS AVANZADAS S.A. DE C.V.; TCL SMART DEVICE (VIETNAM) CO., LTD.; SHENZHEN TCL NEW TECHNOLOGY CO., LTD.; TCL OPTOELECTRONICS TECHNOLOGY (HUIZHOU) CO., LTD.; TCL OVERSEAS MARKETING LTD.; AND TCL TECHNOLOGY GROUP CORPORATION (F/K/A TCL CORP.),<br><br>                          Defendants. | Civil Action No.: 2:22-cv-194-JRG-RSP<br><br>**Jury Trial Demanded** |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Brightplus Ventures LLC and Defendants TCL Electronics Holdings Ltd. (f/k/a TCL Multimedia Technology Holdings, Ltd.); TCL Industries Holdings Co., Ltd.; TCL Industries Holdings (H.K.) Limited; TTE Corporation; TCL Moka International Limited; TCL Moka Manufacturing S.A. de C.V.; TCL King Electrical Appliances (Huizhou) Co. Ltd.; Manufacturas Avanzadas S.A. de C.V.; TCL Smart Device (Vietnam) Co., Ltd.; Shenzhen TCL New Technology Co., Ltd.; TCL Optoelectronics Technology (Huizhou) Co., Ltd.; TCL

1

Overseas Marketing Ltd.; and TCL Technology Group Corporation (f/k/a TCL Corp.) (collectively, "Parties"), jointly file this motion for entry of an agreed Protective Order.

The parties have met and conferred and agree on all provisions of the proposed Protective Order for this case. Accordingly, the parties respectfully request that the Court enter the attached order.

Dated: December 7, 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ Andrey Belenky* | By: */s/ Joshua R. Thane* |
| Dmitry Kheyfits<br>dkheyfits@kblit.com<br>Brandon G. Moore<br>bmoore@kblit.com<br>Kheyfits Belenky LLP<br>12600 Hill Country Blvd<br>Suite R-275<br>Austin, TX, USA 78738<br>Tel: 737-228-1838<br>Fax: 737-228-1843<br><br>Andrey Belenky<br>abelenky@kblit.com<br>Hanna G. Cohen<br>hgcohen@kblit.com<br>Kheyfits Belenky LLP<br>80 Broad Street, 5th Floor<br>New York, NY 10004<br>Tel: 212-203-5399<br>Fax: 212-203-5399<br><br>*Attorneys for Plaintiff*<br>*Brightplus Ventures LLC* | Joshua R. Thane<br>Texas Bar No. 24060713<br>Cole A. Riddell<br>Texas Bar No. 24105423<br>Kyle R. Akin<br>Texas Bar No. 24105422<br>HALTOM & DOAN<br>6500 Summerhill Rd., Suite 100<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>Email: jthane@haltomdoan.com<br>Email: criddell@haltomdoan.com<br>Email: kakin@haltomdoan.com<br><br>**RIMON P.C**.<br>Jason Liang Xu<br>1990 K Street NW, Suite 420<br>Washington, D.C. 20006<br>Jason.xu@rimonlaw.com<br>Telephone/Facsimile: (202) 470-2141<br><br>Patrick Kuehl, Jr. (PHV Admitted)<br>633 East 63rd Street, Suite 220<br>Kansas City, MO 64110<br>Patrick.kuehl@rimonlaw.com<br>Telephone/Facsimile: (816) 839-7471<br><br>*Attorneys for Defendants*<br>*TCL Electronics Holdings Ltd. (f/k/a TCL* |

|  |  |
|---|---|
|  | *Multimedia Technology Holdings, Ltd.); TCL Industries Holdings Co., Ltd.; TCL Industries Holdings (H.K.) Limited; TTE Corporation; TCL Moka International Limited; TCL Moka Manufacturing S.A. de C.V.; TCL King Electrical Appliances (Huizhou) Co. Ltd.; Manufacturas Avanzadas S.A. de C.V.; TCL Smart Device (Vietnam) Co., Ltd.; Shenzhen TCL New Technology Co., Ltd.; TCL Optoelectronics Technology (Huizhou) Co., Ltd.; TCL Overseas Marketing Ltd.; and TCL Technology Group Corporation (f/k/a TCL Corp.)* |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel have meet and conferred as required by Local Rule CV-7(h) and that this motion is agreed to jointly by parties and unopposed.

*/s/ Andrey Belenky*
Andrey Belenky

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on December 7, 2022.

*/s/ Andrey Belenky*
Andrey Belenky